Division, Fourth Department. October 10, 1900.) Action by Clinton Gibbs against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

GILL, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Robert Gill against William Clark. No opinion. Order affirmed, with $10 costs and disbursements. See 65 N. Y. Supp. 406.

GLEACHER, Respondent, v. WESTCHESTER ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Isabella Gleacher, by Joseph Gleacher, her guardian ad litem, against the Westchester Electric Railway Company. No opinion. Judgment and orders unanimously affirmed, with costs.

In re GRAY. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) In the matter of the application of Allan James Gray for admission to the bar. No opinion. Application granted.

GREEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Josephine E. Green, an infant, by Joseph S. Green, Jr., her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re GREENE. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) In the matter of the application of John R. Greene and Isaac P. Rockefeller for the removal of Ambrose Lasher from the office of commissioner of highways of the town of Germantown, Columbia county, N. Y. No opinion. Answer filed, and reference ordered to Noah H. Browning.

GREGOR, Respondent, v. NIEDERMAN, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Bret Gregor against August Niederman, as president. From a judgment in favor of the plaintiff, defendant appeals. Affirmed. Bernhard Rabbino, for appellant. Francis J. Nekerda, for respondent.

PER CURIAM. Judgment affirmed, with costs.

GREGORY v. CLARKE. (Supreme Court, Appellate Division, Third Department. September 11, 1900.) Action by Theodore P. Gregory against Squire Clarke. No opinion. Motion for reargument granted, on payment by the appellant of the costs allowable for argument and before argument, and leave granted to amend the record as asked for in the motion papers. See 65 N. Y. Supp. 687.

In re GRIFFIN. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) In the matter of the alleged intrusion of John Griffin upon Indian lands. No opinion. Appeal dismissed, under general rule 39.

In re GRIFFIN. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) In the matter of the will of William Griffin, deceased. No opinion. Motion for reargument denied.

In re GROGAN. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) In the matter of the alleged intrusion of John Grogan upon Indian lands. No opinion. Appeal dismissed, under general rule 39.

HAMILTON, Appellant, v. VEITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) In the matter of supplementary proceedings for the collection of a tax of Henry J. Veith. No opinion. Order affirmed, with $10 costs and disbursements.

HANNON, Respondent, v. SIEGEL-COOPER CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by Mary F. Hannon against the Siegel-Cooper Company. No opinion. Motion for leave to appeal to the court of appeals denied. See 65 N. Y. Supp. 1135.

HAUSAUER et al., Respondents, v. MERKWA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 9, 1900.) Motion by Michael Hausauer and another against Julia Merkwa, impleaded, etc. No opinion. Motion denied, with $10 costs.

In re HAWKINS. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) In the matter of the petition of James Hawkins, for an order revoking and canceling liquor tax certificate No. 12,271, issued to Thiel Bros., etc. No opinion. Order affirmed, with costs.

HAYNE, Respondent, v. BOTTGER, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Samuel C. Hayne against Anna Bottger. I. Washburne, for appellant. J. G. Roe, for respondent. No opinion. Judgment affirmed with costs.

HERTZ, Respondent, v. WANAMAKER, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Minna Hertz against John Wanamaker. W. Eidman, for appellant. D. F. Kiely, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HILER, Respondent, v. EMBURY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Jerome Hiler against Josiah H. Embury and another.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the record fails to show that a sufficient legal tender was either pleaded or proved.